FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Brady Anthony Johnson**

**Docket No. 0:01CR00134-001(RHK)**

**Petition on Supervised Release**

COMES NOW **David J. Schwab**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Brady Anthony Johnson** who was sentenced for Bank Robbery on September 17, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program; psychological/psychiatric counseling/treatment; pay $2,425 restitution; and financial disclosure.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> To reinforce the need to maintain employment while on supervised release and to provide employment training should the need arise, Mr. Johnson has agreed to allow his conditions of release be modified to include participation in the District of Minnesota's offender employment program.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 22d day of May, 2008, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

David J. Schwab
Senior U.S. Probation Officer
Telephone: 612-664-5425

Executed on May 20, 2008
Place Minneapolis

Approved:

[signature]

John G. Baskfield
Supervising U.S. Probation Officer

SCANNED
MAY 22 2008
U.S. DISTRICT COURT ST. PAUL